AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:12-cv-13189-JCO-MKM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Raymond L Holland

Date of Service:   9-18-12   0845

### Method of Service

____ Personally served at this address:

✓ Left copies at defendant's usual place of abode with (name of person):
Kathy Holland

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $ 6   Service $ 21   Total $ 27

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Mark Brayton

Signature of Server:   [signature] #1939

Date:   9-18-12

Server's Address:   426 Hawkins, Ypsilanti MI